## 25756. CROSS *et al. v.* THE STATE.

GUERRY, J. The defendants were indicted for, and convicted of, the larceny of an automobile. Their motion for new trial contains only the usual general grounds. The evidence was clearly sufficient to support the verdict, and the court did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 16, 1936.

*P. Z. Geer,* for plaintiff in error.
*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.

## 25766. McDONALD *v.* THE STATE.

GUERRY, J. The defendant was indicted for, and convicted of, the larceny of a certain automobile. His motion for new trial contains only the usual general grounds. The evidence was amply sufficient to support the verdict, and there was no error in overruling the motion for new trial. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED SEPTEMBER 16, 1936.

*P. Z. Geer,* for plaintiff in error.
*R. A. Patterson, solicitor-general, Hooper & Hooper,* contra.